# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Fl
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 996-2581

November 16, 2015

*VIA ECF*

Honorable Colleen McMahon
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

11/16/15
Sentencing Adj to January 26, 2016 at 4:00 p.m.

*/s/ Colleen McMahon*

Re: **United States v. Carolyn Middleton**
    **1:14-CR-00810-CM-9**

Dear Judge McMahon:

I am the attorney for Carolyn Middleton, the defendant in the above-referenced matter. My client is scheduled to appear before Your Honor for sentencing on December 4, 2015. I am respectfully requesting that Ms. Middleton's sentencing be adjourned for two weeks, until December 18, 2015, or a time thereafter convenient for the court.

I have already conferred with AUSA Edward Diskant and he does not object to our adjournment request.

Sincerely,

*/s/ Patrick Joyce*
Patrick Joyce

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/15