Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                    Docket No. 14 CR 810-09 {CM}

Carolyn Middleton

On February 3, 2016, the above named was placed on Probation for a period of five (5) years.. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Carolyn Middleton be discharged from probation..

Respectfully submitted,

by  *Robert L. Walsh*
Robert L. Walsh
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this __17__ day of __April__, 20 __20__.

Honorable Colleen McMahon
Chief U.S. District Judge